**No. 58469.**—Sluys Rockford, Inc. v. United States, protest 200833–K (Detroit).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 58470.**—Nebraska Bridge Supply & Lumber Co. v. United States, protest 206383–K (Detroit).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 58471.**—Robert D. McClelland and The A. W. Fenton Company v. United States, protests 218966–K and 222441–K (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 58472.**—Hulse Import Co. v. United States, petition 6955–R (San Francisco).

Opinion by MOLLISON, J.   From the testimony, it appeared that at the time of the entry of the merchandise the matter of the correct basis of value was under discussion between the customhouse broker and the appraiser.   Entry was made at the higher value, which the appraiser indicated he was prepared to adopt. Subsequently, upon consultation between the head of the petitioning company, the customhouse broker, and the attorneys, it was decided to litigate the issue, and a timely amendment of the entry was filed, reducing the entered values. The matter proceeded to trial, and the ultimate decision was against the importer's contention.   On the record presented, it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

**No. 58473.**—Paramount Import & Export Co. et al. v. United States, protests 211069–K, etc. (New York).

Opinion by WILSON, J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).